**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:** 20-62383-civ-Dimitrouleas/Strauss

ISIDRO GONZALEZ,
RALPHAEL MARTINEZ,
BRYAN REMINES,
WILLIE JACKSON,

     Plaintiffs,

v.

KUNARQUEN, LLC,
KUNARQUEN RE LLC,
RICARDO GERMAN WALAS,
133 LAS PALMAS, LLC,
GARAMOR INC.,

     Defendants.
_____/

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

  Plaintiffs, ISIDRO GONZALEZ, RALPHAEL MARTINEZ, BRYAN REMINES, and WILLIE JACKSON, by and through the undersigned counsel, respectfully request an enlargement of time of through November 29, 2021 (one business day) to submit the parties' proposed jury instructions and verdict forms, and in support Plaintiffs state the following:

  Due to the Thanksgiving Holiday and other professional commitments, Plaintiffs respectfully need more time to complete these documents. Plaintiffs are respectfully requesting one business day, through November 29, 2021, to submit the parties' proposed jury instructions and verdict form.

  WHEREFORE, Plaintiffs respectfully request an enlargement of time of through November 29, 2021 to submit the parties' proposed jury instructions and verdict forms.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:     (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791

## <u>CERTIFICATE OF CONFERRAL</u>

I HEREBY CERTIFY that counsel conferred with Defendants' counsel and they do not oppose the relief sought herein.

_____
Elliot Kozolchyk, Esq.